UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

No. 1:26-cv-02272

**Velasquez Molina,**
*Petitioner,*

v.

**Blanche, et al.,**
*Respondents.*

## ORDER

Before the Court is Petitioner's petition for writ of habeas corpus. "[T]he proper respondent to a habeas petition is 'the person who has custody over [the petitioner].'" *Rumsfeld v. Padilla*, 542 U.S. 426, 434 (2004) (quoting 28 U.S.C. § 2242). Petitions for writs of habeas corpus must be filed in the district of confinement. *See id.* at 447. "District courts are limited to granting habeas relief 'within their respective jurisdictions.'" *Id.* at 442 (quoting 28 U.S.C. 2241(a)).

Petitioner named the Warden of the South Texas Ice Processing Center as a respondent and alleges he was originally detained at the South Texas ICE Processing Center in Pearsall, Texas, ECF No. 1 at 6, which is located in the San Antonio Division of the Western District of Texas. Petitioner was then temporarily transferred to the Travis County jail. *Id.* At the time of filing, however, Petitioner's location of confinement—and therefore his immediate custodian—was unknown. *Id.* at 7 ("[Petitioner] is currently in ICE custody and likely being processed although we don't yet know his precise whereabouts or ultimate destination.").

Petitioner is therefore ordered to file a response establishing where and by whom Petitioner was detained at the time

of the filing of his Petition, where and by whom Petitioner is currently detained, and why this Court has jurisdiction over his petition within seven days of the issuance of this order. Failure to do so will result in dismissal of Petitioner's habeas petition without prejudice for want of jurisdiction.

*So ordered by the Court on September 11, 2026.*

ANDREW DAVIS
United States District Judge